*E-FILED: March 19, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>    Plaintiff,<br>  v.<br><br>BLUE LAKE RANCHERIA TRIBAL COURT;<br>LESTER J. MARSTON, Chief Judge of the<br>BLUE LAKE RANCHERIA TRIBAL COURT<br>OF THE BLUE LAKE RANCHERIA INDIAN<br>TRIBE; WOOD'S ROOFING, INC., a<br>California Corporation; DOES 1-10,<br><br>    Defendants. | No. C12-01266 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiff has moved for a temporary restraining order and preliminary injunction. Because plaintiff requests immediate injunctive relief, but none of the parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge. See 28 U.S.C. § 636.

Dated: March 19, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1. 5:12-cv-01266-HRL Notice has been electronically mailed to:
2. Christopher Michael Lea    clea@wmfllp.com
3. Lynn H Trang    lramsey@wmfllp.com
4. Regan Furcolo    rfurcolo@wmfllp.com

**United States District Court**
For the Northern District of California